**BEACON LUMBER CO. v. BROWN.**
(No. 2133.)

Court of Civil Appeals of Texas. El Paso.
March 22, 1928.

Rehearing Denied April 19, 1928.

**Appeal and error ⚖══65—County court's judgment for not over $100, on appeal from justice court in forcible detainer, is conclusive, and no further appeal lies (Rev. St. 1925, art. 3992).**

County court's judgment, on appeal from justice court in action of forcible detainer, is conclusive, and no further appeal lies, unless judgment awards damages in excess of $100, under Rev. St. 1925, art. 3992.

Error from County Court at Law, No. 1, Bexar County; McCollum Burnett, Judge.

Action by the Beacon Lumber Company against J. M. Brown. Judgment of dismissal, and plaintiff brings error. Writ dismissed.

Thomson, Dilworth & Marshall and Bert Thompson, all of San Antonio, for plaintiff in error.

A. J. Bell and Bell & Bell, all of San Antonio, for defendant in error.

HIGGINS, J. This is an action of forcible detainer instituted by the plaintiff in error in the court of a justice of the peace, where judgment was rendered in its favor against defendant in error, for possession of the premises and $180 rents, from which an appeal was prosecuted by the defendant in error to the county court at law.

In the latter court, the action was dismissed; the court holding that the relation of landlord and tenant did not exist between the parties. From this judgment this appeal is prosecuted by writ of error.

In actions of this nature, the judgment of the county court is conclusive, and no further appeal lies, unless the judgment awards damages in excess of $100. Article 3992, R. S. 1925.

No such judgment was rendered; hence this court is without jurisdiction of the appeal. The writ of error must be dismissed. Delgado v. Chapa (Tex. Civ. App.) 173 S. W. 1169; Boyle v. Grubbs (Tex. Civ. App.) 268 S. W. 277; Tibbitts v. Lacy (Tex. Civ. App.) 225 S. W. 190; Kerlin v. Bassett (Tex. Civ. App.) 152 S. W. 526; Lane v. Jack (Tex. Civ. App.) 61 S. W. 422; Stein v. Stely (Tex. Civ. App.) 32 S. W. 861.

Dismissed.